JOSEPH J. WELCH *vs.* PORTLAND LIGHTING AND POWER COMPANY.

Cumberland County. Decided March 26, 1912. Action on the case to recover damages for personal injuries caused by the alleged negligence of the defendant in allowing one of its heavy wire cables to fall upon him as he was traveling along a cross walk on York Street in Portland. Plea, the general issue. Verdict for plaintiff for $500. Defendant moved for a new trial on the ground that the verdict was against evidence and that the damages awarded were excessive. Motion overruled. *Connellan & Connellan*, for plaintiff. *Strout & Strout*, for defendant.